UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION<br>420 Howanut Road<br>P.O. Box 536<br>Oakville, WA  98568<br><br>TULALIP TRIBES<br>6406 Marine Drive<br>Tulalip, WA  98271<br><br>HOULTON BAND OF MALISEET INDIANS<br>88 Bell Road<br>Littleton, ME  04730<br><br>AKIAK NATIVE COMMUNITY<br>P.O. Box 52127<br>Akiak, AK  99552<br><br>ASA'CARSARMIUT TRIBE<br>P.O. Box 32249<br>Mountain Village, AK  99632<br><br>ALEUT COMMUNITY OF ST. PAUL ISLAND<br>2050 Venia Minor Road<br>P.O. Box 86<br>St. Paul Island, AK  99660<br><br>         Plaintiffs, | Case No.: _1:20-cv-01002_____<br><br><br>DECLARATION OF MIKE WILLIAMS, SR. |

DECLARATION OF MIKE WILLIAMS, SR.
– Page 1

Kanji & Katzen, P.L.L.C.
811 1st Ave., Suite 630
Seattle, WA 98104
206-344-8100

v.

STEVEN MNUCHIN, SECRETARY, UNITED STATES DEPARTMENT OF THE TREASURY
1500 Pennsylvania Ave., N.W.
Washington, D.C.  20220

        Defendant.

I, Mike Williams, Sr., declare the following on the basis of personal knowledge to which I am competent to testify:

1. I am the Chief of the Akiak Native Community.  Akiak has 535 enrolled tribal members and 29.16 acres of fee lands located in Akiak, Alaska.

2. On March 26th, 2020 the Akiak IRA Council declared a Public Health Emergency on behalf of the Akiak Native Community Tribal Members, which included the closure of our gaming operations, cancelation of recreational activities, and closure of our community from non-essential travel.

3. Akiak is located along the Kuskokwim river and is only accessible by air and water. The community of Akiak has one local health clinic with a trained health aide but due to her own medical issues, we have gone for days without health care services. The closest hospital with physicians and doctors with respiratory relief and testing supplies is in Bethel, Alaska, which is approximately 30 air miles and 60 land miles away. It is only accessible by air at this time.

4. In response to COVID-19, the Akiak Native Community has provided water and sewer services to those who have disconnected services due to non-payment.  We will only be able to provide the service to the community for another month.  We have distributed cleaning supplies and have started a food bank to provide for families in need. Without

income from any source we will be unable to provide any more services, at this time. We have identified a couple of places to use in case we need to quarantine families, but they need to be prepared for use, and additional funds would accomplish this. At this time, our clinic does not have testing capability.

5. The only funding we get to help our community is from our small gaming enterprise, and with its closure, it has created a financial hardship for our tribal government.

6. Akiak Native Community has submitted the certification form through the Department of Treasury web portal necessary to participate in the disbursement of CARES Act Title V funding, so that it is eligible to receive a portion of the $8 billion set aside for Tribal governments.

7. Without receiving the financial relief under the CARES Act Title V funding to tribal governments, Akiak Native Community is at risk of not being able to provide essential government services to its members and community as a result of COVID-19.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 17, 2020.

_____
Mike Williams, Sr.