AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Conf. Tribes of the Chehalis Reservation, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-1002-APM |
| Steven Mnuchin ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant.

Date: 04/20/2020

JASON LYNCH
Digitally signed by JASON LYNCH
Date: 2020.04.17 18:18:15 -04'00'
*Attorney's signature*

Jason C. Lynch (D.C. Bar 1016319)
*Printed name and bar number*

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 11214
Washington, DC 20005
*Address*

Jason.Lynch@usdoj.gov
*E-mail address*

(202) 514-1359
*Telephone number*

(202) 616-8460
*FAX number*