# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION et al., <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN MNUCHIN, in his official capacity as Secretary of the Treasury, <br><br> Defendant. | Case No. 1:20-cv-1002-APM |

## JOINT STATUS REPORT

Pursuant to the Court's April 20, 2020 minute order, the Parties have met and conferred about a potential schedule for briefing Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 3).

This case concerns Title V of the CARES Act, Pub. L. 116-136, codified as Subchapter VI of the Social Security Act, at 42 U.S.C. § 801, which establishes a Coronavirus Relief Fund and appropriates $8 billion for "Tribal governments." 42 U.S.C. § 801(a)(2)(B). Specifically, Plaintiffs challenge Defendant's purported decision under the CARES Act to recognize Alaska native corporations ("ANCs") as "Tribal governments" eligible to share in payments from the Fund, *id.* § 801(c)(7).

However, the Department of the Treasury represents that it has not yet reached a final decision on that question. Mindful of the impending statutory deadline to make payments from the Coronavirus Relief Fund, Defendant is working with dispatch to arrive at a final decision, and will do so before any response is filed to Plaintiffs' Motion. Defendant represents that no payment has yet been made to Tribal governments from the Fund and that payments to Tribal governments will be made no sooner than this Friday, April 24, 2020.

Wherefore, the Parties jointly propose the following deadlines for briefing:

- Defendant's Opposition to Motion for Temporary Restraining Order and Preliminary Injunction: **April 22, 2020 by 5:00 p.m.**;

- Plaintiffs' Reply brief, if any: **April 23, 2020 by 12:00 p.m.**; and

- Hearing on Motion: **afternoon of April 23, 2020**, at a time convenient for the Court.

Dated: April 20, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ERIC WOMACK
Assistant Branch Director

*/s/ Jason C. Lynch*
Jason C. Lynch (D.C. Bar No. 1016319)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 11214
Washington, DC 20005
Tel: (202) 514-1359
Email: Jason.Lynch@usdoj.gov

*Attorneys for Defendants*

/s/ Riyaz A. Kanji
Riyaz A. Kanji, D.C. Bar # 455165
303 Detroit Street, Suite 400
Ann Arbor, MI 48104
Telephone: 734-769-5400
Email: rkanji@kanjikatzen.com

/s/ Cory J. Albright
Cory J. Albright, D.C. Bar Application Pending
WSBA # 31493
811 1st Avenue, Suite 630
Seattle, WA 98104
Telephone: 206-344-8100
Email: calbright@kanjikatzen.com

*Co-Counsel for the Confederated Tribes of the Chehalis Reservation and the Tulalip Tribes*

*Counsel for the Houlton Band of Maliseet Indians, Akiak Native Community, Asa'carsarmiut Tribe and Aleut Community of St. Paul Island*

CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION

/s/ Harold Chesnin
Harold Chesnin, WSBA # 398
Lead Counsel for the Tribe
420 Howanut Road
Oakville, WA 98568
Telephone: 360-529-7465
Email: hchesnin@chehalistribe.org

*Counsel for the Confederated Tribes of the Chehalis Reservation*

TULALIP TRIBES

/s/ Lisa Koop Gunn
Lisa Koop Gunn, WSBA # 37115
Tulalip Tribes, Office of the Reservation Attorney
6406 Marine Drive
Tulalip, WA 98271
Telephone: 360-716-4550
Email: lkoop@tulaliptribes-nsn.gov

*Counsel for the Tulalip Tribes*