# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION, ET. AL.<br>       *Plaintiffs*,<br><br>v.<br><br>STEVEN MNUCHIN, SECRETARY, UNITED STATES DEPARTMENT OF THE TREASURY<br>       *Defendant*. | No. 1:20-cv-01002-APM |

## ORDER

The Motion of the National Congress of American Indians; the Affiliated Tribes of Northwest Indians; the Arizona Indian Gaming Association; the California Nations Indian Gaming Association; the California Tribal Chairperson's Association; the Great Plains Tribal Chairmen's Association, Inc.; the Inter Tribal Association of Arizona, Inc.; the Inter-Tribal Council of the Five Civilized Tribes; the National Indian Gaming Association; the Midwest Alliance of Sovereign Tribes; the All Pueblo Council of Governors; and United South and Eastern Tribes Sovereignty Protection Fund (collectively the "Tribal Organizations"), having been consented to by the Parties, is hereby GRANTED.

The Tribal Organizations shall file their amicus brief by **April 22, 2020 at 7:00 p.m**.

SO ORDERED.

Dated:                 _____
                        District Court Judge

Attorneys entitled to be notified of this entry:

Riyaz A. Kanji           Jason C. Lynch
Kanji & Katzen, PLLC       United States Department of Justice
303 Detroit Street, Suite 400     1100 L. Street NW, Rm. 11214
Ann Arbor, MI 48104        Washington, D.C. 2005