Christine V. Williams
J. Harrison Powell
Outlook Law, LLC
Attorneys for *Amici Curiae*
1016 West 6th Avenue, Suite 306
Anchorage, Alaska 99501
(907) 258-2200
christinewilliams@outlooklaw.com
harrisonpowell@outlooklaw.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION, et al.,<br><br>PLAINTIFFS,<br><br>v.<br><br>STEVEN MNUCHIN, SECRETARY, UNITED STATES DEPARTMENT OF THE TREASURY,<br><br>DEFENDANT. | Case No. 1:20-cv-1002 (APM) |

**ENTRY OF APPEARANCE**

Christine V. Williams and J. Harrison Powell, II, of Outlook Law, LLC, upon the Court's Minute Order granting its Motion to Appear *pro hac vice*, hereby enters its appearance as counsel of record for *Amici Curiae* Alaska Native Village Corporation Association (ANVCA) and ANCSA Regional Association (ARA) in this matter. The contact information for counsel is:

    Christine V. Williams
    J. Harrison Powell, II
    Outlook Law, LLC
    Attorneys for *Amici Curiae*
    1016 West 6th Avenue, Suite 306
    Anchorage, Alaska 99501
    (907) 258-2200
    christinewilliams@outlooklaw.com
    harrisonpowell@outlooklaw.com

Dated this 22nd day of April, 2020.

/s/ Christine V. Williams
Alaska Bar No. 0204007

/s/ J. Harrison Powell, II
Virginia Bar No. 86308

OUTLOOK LAW, LLC
1016 West 6th Avenue, Suite 306
Anchorage, Alaska 99501
(907) 258-2200
christinewilliams@outlooklaw.com

*pro hac vice* Attorneys for *Amici Curiae* referenced above

/s/ William K. Walker
DC Bar No. 477414
Sponsoring Attorney
Walker Reausaw
800 Connecticut Ave., Suite 300
Washington DC 20006
202-857-7910 (Voice/Fax)
202-329-1123 (Cell)
wkw@att.net

Entry of Appearance - 2
*Confederated Tribes, et al. v. Mnuchin, Secretary, U.S. Dept. of Treasury*
Case No. 1:20-cv-1002 (APM)

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 22nd day of April 2020, a true and correct copy of the **Entry of Appearance** was filed with CM/ECF, which will send notification to the parties on record.

| | |
|---|---|
| Jason C. Lynch<br>United States Department of Justice Civil Division<br>Federal Programs Branch<br>1100 L Street NW, Rm. 11214<br>Washington, DC 20005<br>Jason.Lynch@usdoj.gov | Riyaz A. Kanji<br>303 Detroit Street, Suite 400<br>Ann Arbor, MI 48104<br>rkanji@kanjikatzen.com |
| Lisa Koop Gunn<br>Tulalip Tribes, Office of the Reservation Attorney<br>6406 Marine Drive<br>Tulalip, WA 98271<br>lkoop@tulaliptribes-nsn.gov | Kaighn Smith, Jr.<br>DRUMMOND WOODSUM<br>84 Marginal Way, Suite 600<br>Portland, ME 04101<br>ksmith@dwmlaw.com |
| Cory J. Albright<br>811 1st Avenue, Suite 630<br>Seattle, WA 98104<br>calbright@kanjikatzen.com | Harold Chesnin<br>420 Howanut Road<br>Oakville, WA 98568<br>hchesnin@chehalistribe.org |

By:   /s/ Christine V. Williams
         OUTLOOK LAW, LLC