William K. Walker DC Bar 474414
Walker Reausaw
800 Connecticut Ave NW, Suite 300
Washington DC 20006
202-857-7910 (Voice/Fax)
202-329-1123 (Cell)
wkw@att.net

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> STEVEN MNUCHIN, SECRETARY, UNITED STATES DEPARTMENT OF THE TREASURY, <br><br> DEFENDANT. | |

Case No. 1:20-cv-1002 (APM)

**MOTION TO WITHDRAW AS ATTORNEY FOR AKIAK NATIVE COMMUNITY**

William K Walker and Walker Reausaw move with withdraw as attorney of record for plaintiff Akiak Native Community on the grounds that Akiak Native Community was listed by inadvertent error as a party for whom the Entry of Appearance was filed and has not authorized William K Walker to represent it in this litigation.

Dated this 22nd day of April, 2020.

/S/ William K Walker
_____
William K. Walker
DC Bar No. 477414
Walker Reausaw
910 17th Street NW, Suite 800
Washington DC 20006
202-857-7910 (Voice/Fax)
202-329-1123 (Cell)
wkw@att.net

Motion to Withdraw as Attorney for Akiak Native Community
*Confederated Tribes, et al. v. Mnuchin, Secretary, U.S. Dept. of Treasury*
Case No. 1:20-cv-1002 (APM)