William K. Walker DC Bar 477414
Walker Reausaw
800 Connecticut Ave NW, Suite 300
Washington DC 20006
202-857-7910 (Voice/Fax)
202-329-1123 (Cell)
wkw@att.net

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION, et al.,<br><br>PLAINTIFFS,<br><br>v.<br><br>STEVEN MNUCHIN, SECRETARY, UNITED STATES DEPARTMENT OF THE TREASURY,<br><br>DEFENDANT. | |

Case No. 1:20-cv-1002 (APM)

**NOTICE : CHANGE OF ADDRESS**

William K Walker and Walker Reausaw provides notice of a change of address:

>William K. Walker
>Walker Reausaw
>800 Connecticut Ave., # 300
>Washington DC 20006

/S/ William K Walker
_____
William K. Walker DC Bar #477414
Walker Reausaw
800 Connecticut Ave., # 300
Washington DC 20006

Notice: Change of Address
*Confederated Tribes, et al. v. Mnuchin, Secretary, U.S. Dept. of Treasury*
Case No. 1:20-cv-1002 (APM)

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      /s/ William K Walker

Notice: Change of Address
*Confederated Tribes, et al. v. Mnuchin, Secretary, U.S. Dept. of Treasury*
Case No. 1:20-cv-1002 (APM)