UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION et al., <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN MNUCHIN, in his official capacity as Secretary of the Treasury, <br><br> Defendant. | Case No. 1:20-cv-1002-APM |

## NOTICE TO COURT

In response to the Court's questions at the telephonic hearing held in this case on April 24, 2020, Defendant avers as follows.

First, Defendant renews its representation that no payments will be made to Tribal governments under Title V of the CARES Act, Pub. L. 116-136, codified as Subchapter VI of the Social Security Act, at 42 U.S.C. § 801, before Tuesday, April 28, 2020.

Second, Defendant has reviewed the Motion for Temporary Restraining Order and Preliminary Injunction filed in a new, related case: *Ute Indian Tribe v. Mnuchin*, Case No. 1:20-cv-01070 (D.D.C. Apr. 24, 2020), ECF No. 5. Because the legal arguments in the motion track those made in the related cases, Defendant rests on its Consolidated Opposition (ECF No. 21) and arguments made by counsel at the telephonic hearing. If the Court is inclined to grant the motion on the basis that Defendant has waived or forfeited any argument in the *Ute Indian Tribe* motion, Defendant would respectfully request to be heard before the Court rules.

Dated: April 24, 2020                               Respectfully submitted,

                                                    JOSEPH H. HUNT
                                                    Assistant Attorney General

2

ERIC WOMACK
Assistant Branch Director

*/s/ Jason C. Lynch*
Jason C. Lynch (D.C. Bar No. 1016319)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 11214
Washington, DC 20005
Tel: (202) 514-1359
Email: Jason.Lynch@usdoj.gov

*Attorneys for Defendants*