UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>STEVEN MNUCHIN, in his official capacity as Secretary of the Treasury,<br><br>    Defendant. | Case No. 20-cv-01002 (APM) |
| CHEYENNE RIVER SIOUX TRIBE, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>STEVEN MNUCHIN, in his official capacity as Secretary of the Treasury,<br><br>    Defendant. | Case No. 20-cv-01059 (APM) |
| UTE TRIBE OF THE UINTAH AND OURAY RESERVATION,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN MNUCHIN, in his official capacity as Secretary of the Treasury,<br><br>    Defendant. | Case No. 20-cv-01070 (APM) |

**ORDER**

For the reasons set forth in the court's Memorandum Opinion, ECF No. 36, the Chehalis Plaintiffs', Cheyenne River Plaintiffs', and Ute Plaintiff's Motions for a Temporary Restraining

Order and Preliminary Injunction, ECF No. 3; No. 20-cv-1059, ECF No 4; No. 20-cv-1070, ECF No. 5, are granted in part.

Defendant Steven Mnuchin, Secretary of the U.S. Department of the Treasury, is preliminarily enjoined from disbursing to any Alaska Native regional corporation or Alaska Native village corporation any Coronavirus Relief Funds allocated under Title V of the Coronavirus Aid, Relief, and Economic Security Act, H.R. 748, 116th Cong. (2020).  This preliminary injunction shall expire upon entry of final judgment in this case or other court order.

This is a final, appealable order.

Dated: April 27, 2020

Amit P. Mehta
United States District Court Judge