**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHEYENNE RIVER SIOUX TRIBE *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN MNUCHIN, <br><br> Defendant. | Case No. 1:20-cv-0159 |

**NOTICE OF APPEARANCE**

Attorney Matthew N. Newman of the Native American Rights Fund hereby notifies the Court and counsel for all parties of his appearance in the above-captioned case on behalf of Plaintiff Rosebud Sioux Tribe, Nondalton Tribal Council, the Arctic Village Council, and the Native Village of Venetie Tribal Government. Mr. Newman is a member in good standing of the Bar of the State of Alaska and was admitted to practice in this Court *pro hac vice* by minute order entered on April 23, 2020. Mr. Newman's contact information is set forth below:

Matthew N. Newman
NATIVE AMERICAN RIGHTS FUND
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Tel. (907) 276-0680
Fax (907) 276-2466
mnewman@narf.org

RESPECTFULLY SUBMITTED this 28th day of April, 2020.

                            */s/ Matthew N. Newman*
                            Matthew N. Newman
                            NATIVE AMERICAN RIGHTS FUND

                            *Counsel for Plaintiff Rosebud Sioux Tribe,*
                            *Nondalton Tribal Council, the Arctic Village*
                            *Council, and the Native Village of Venetie Tribal*
                            *Government*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April 2020, I electronically filed the forgoing **NOTICE OF APPEARANCE** with the Clerk of the Court for the United States District Court for the District of Columbia using the Cm/ECF system. I certify that all participants in the cases are registered Cm/ECF users and that service will be accomplished by the CM/ECF system.

>  */s/ Matthew N. Newman*
>  Matthew N. Newman
>  NATIVE AMERICAN RIGHTS FUND