**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION, et al., <br><br>Plaintiffs, <br><br>v. <br><br>STEPHEN MNUCHIN, Secretary, United States Department of the Treasury, <br><br>Defendant. | **UTE INDIAN NOTICE OF INTENT TO OPPOSE MOTIONS TO INTERVENE** <br><br>Consolidated Civil Case No. <br><br>1:20-cv-01002-APM |
| CHEYENNE RIVER SIOUX TRIBE, et al., <br><br>Plaintiffs, <br><br>v. <br><br>STEPHEN MNUCHIN, Secretary, United States Department of the Treasury, <br><br>Defendant. | Civil Case No.: 1:20-cv-01059-APM |
| UTE INDIAN TRIBE OF THE UINTAH AND OURAY RESERVATION, <br><br>Plaintiff, <br><br>v. <br><br>STEPHEN MNUCHIN, Secretary, United States Department of the Treasury, <br><br>Defendant. | Consolidated Civil Case No. <br><br>1:20-cv-01070-APM |

NOTICE IS HEREBY GIVEN that the Ute Indian Tribe of the Uintah and Ouray Reservation (Ute Tribe), a Plaintiff in these consolidated cases, will oppose each of the three motions to intervene which are pending in this case, docket entries 43, 45, and 46.

The Ute Tribe would prefer to file separate responses to each of the motions to intervene, as it believes that will provide for greater clarity, or alternatively one response to the motion by the association and one to the motions by the corporations. This is in part because the Tribe expects that the time for Plaintiffs to respond to the motions to intervene will be substantially shortened, and that therefore the Tribe had one attorney reviewing the motion by the associations, and a different attorney preparing the response to the motions by the Corporations. Consolidation of that briefing would be difficult under the shortened time frame.

Each proposed intervenor has submitted affidavits and document applicable only to that movant. One movant has 30 attachments to its motion, another has 11, and the third has 6. The Tribe intends to discuss issues related to many of the individual affidavits, declarations, and other exhibits.

Additionally, the motion by associations, Docket 45 presents issues separate from those by the corporations, Dkts. 43, 46. This includes a question of whether corporations who are members of movant association should be permitted to intervene if the association were allowed to intervene.

\\

\\

\\

\\

\\

Respectfully submitted this 8th day of May, 2020.

**FREDERICKS PEEBLES & PATTERSON LLP**

*s/ Jeffrey S. Rasmussen*
Jeffrey S. Rasmussen, (WA Bar No. 21121),
*Pro Hac Vice Admission*
Frances C. Bassett, (CO Bar No. 11970),
*Pro Hac Vice Admission*
Jeremy J. Patterson, (CO Bar No. 38192),
*Pro Hac Vice Admission*
1900 Plaza Drive
Louisville, Colorado 80027
Telephone: (303) 673-9600
Facsimile: (303) 673-9155/9839
Email: jrasmussen@ndnlaw.com
Email: fbassett@ndnlaw.com
Email: jpatterson@ndnlaw.com

and

Rollie E. Wilson (D.C. Bar No. 1008022)
401 9th Street, N.W., Suite 700
Washington, D.C. 20004
Telephone: (202) 450-4887
Facsimile: (202) 450-5106
Email: rwilson@ndnlaw.com

*Counsel for Plaintiff Ute Indian Tribe of the Uintah and Ouray Reservation*