# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN MNUCHIN, Secretary, United States Department of the Treasury, <br><br> Defendant. | **UTE INDIAN WITHDRAWAL OF FILING** <br><br> Consolidated Civil Case No. <br><br> 1:20-cv-01002-APM |
| CHEYENNE RIVER SIOUX TRIBE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN MNUCHIN, Secretary, United States Department of the Treasury, <br><br> Defendant. | Civil Case No.: 1:20-cv-01059-APM |
| UTE INDIAN TRIBE OF THE UINTAH AND OURAY RESERVATION, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN MNUCHIN, Secretary, United States Department of the Treasury, <br><br> Defendant. | Consolidated Civil Case No. <br><br> 1:20-cv-01070-APM |

NOTICE IS HEREBY GIVEN that the Ute Indian Tribe of the Uintah and Ouray Reservation (Ute Tribe), a Plaintiff in these consolidated cases, conditionally withdraws its filing from approximately 3:50 p.m. today.

The Ute Tribe has had multiple phone conversations and emails with other plaintiff attorneys regarding opposition to the motions to intervene over the past day.  At 3:50 p.m. today, the Tribe's attorneys received an email, the receipt of which had been delayed, presumably by our firm's that parties were discussing a possible delay in the 4:00 p.m. deadline for filing.  That email requested that we delay filing any response at this time, pending discussions with the Court.

Had receipt of that that email not been delayed, the Ute Tribe would have delayed its filing as requested in the email.

The Tribe withdrawal is conditioned upon the court extending the 4:00 p.m. deadline.

Respectfully submitted this 8th day of May, 2020.

        **FREDERICKS PEEBLES & PATTERSON LLP**

        *s/ Jeffrey S. Rasmussen*
        Jeffrey S. Rasmussen, (WA Bar No. 21121),
        *Pro Hac Vice Admission*
        Frances C. Bassett, (CO Bar No. 11970),
        *Pro Hac Vice Admission*
        Jeremy J. Patterson, (CO Bar No. 38192),
        *Pro Hac Vice Admission*
        1900 Plaza Drive
        Louisville, Colorado 80027
        Telephone: (303) 673-9600
        Facsimile: (303) 673-9155/9839
        Email: jrasmussen@ndnlaw.com
        Email: fbassett@ndnlaw.com
        Email: jpatterson@ndnlaw.com

        and

                Rollie E. Wilson (D.C. Bar No. 1008022)
                401 9th Street, N.W., Suite 700
                Washington, D.C. 20004
                Telephone: (202) 450-4887
                Facsimile: (202) 450-5106
                Email: rwilson@ndnlaw.com

*Counsel for Plaintiff Ute Indian Tribe of the Uintah and Ouray Reservation*