# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION, et al.<br><br>      Plaintiffs,<br>  v.<br><br>STEVEN MNUCHIN, SECRETARY, UNITED STATES DEPARTMENT OF THE TREASURY<br><br>      Defendant. | Case No.: 1:20-cv-01002-APM |
| CHEYENNE RIVER SIOUX TRIBE, et al.<br><br>      Plaintiffs,<br>  v.<br><br>STEVEN MNUCHIN, SECRETARY, UNITED STATES DEPARTMENT OF THE TREASURY<br><br>      Defendant. | Case No. 1:20-cv-01059-APM |
| UTE TRIBE OF THE UINTAH AND OURAY RESERVATION<br><br>      Plaintiff,<br>  v.<br><br>STEVEN MNUCHIN, SECRETARY, UNITED STATES DEPARTMENT OF THE TREASURY<br><br>      Defendant. | Case No. 1:20-cv-01070-APM |

**CONFEDERATED TRIBES PLAINTIFFS' AND CHEYENNE RIVER SIOUX PLAINTIFFS' JOINT NOTICE REGARDING MOTIONS TO INTERVENE**

CONFEDERATED TRIBES PLAINTIFFS' AND
CHEYENNE RIVER SIOUX PLAINTIFFS' JOINT
NOTICE REGARDING MOTIONS TO INTERVENE
– Page 1

Kanji & Katzen, P.L.L.C.
811 1st Ave., Suite 630
Seattle, WA 98104
206-344-8100

Pursuant to the Court's Minute Orders dated May 7, 2020, and May 9, 2020, Plaintiffs in case number 1:20-cv-01002-APM, the Confederated Tribes of the Chehalis Reservation, Tulalip Tribes, Houlton Band of Maliseet Indians, Akiak Native Community, Asa'carsarmiut Tribe, Aleut Community of St. Paul Island, Navajo Nation, Quinault Indian Nation, Pueblo of Picuris, Elk Valley Rancheria, California, and San Carlos Apache Tribe, and Plaintiffs in case number 1:20-cv-01059-APM, Cheyenne River Sioux, Rosebud Sioux Tribe, Oglala Sioux Tribe, Nondalton Tribal Council, Arctic Village Council, and Native Village of Venetie Tribal Government (collectively, "Plaintiff Tribes" or "Plaintiffs"), submit this joint notice regarding the motions to intervene filed by Ahtna, Inc., Doc. 43; Alaska Native Village Corporation Association, Inc. and Association of ANCSA Regional Corporation Presidents/CEOs, Inc. ("the Associations"), Doc. 45; and Calista Corporation, et al., Doc. 46 (the "Calista Intervenors") (collectively, "ANC Intervenors").

The Plaintiff Tribes appreciate the opportunity provided by the Court to address the motions to intervene in an expedited manner so as to avoid any unnecessary delay in reaching a final decision on the merits in this action. Time is of the utmost importance to the Tribes, their citizens, and their communities, and in the interest of expediency, Plaintiffs do not oppose permissive intervention. This non-opposition, however, should not be construed as agreement by the Plaintiffs to any of the factual assertions or legal arguments in the ANC Intervenors' motions. It is the Tribes' firm position that ANCs, including the ANC Intervenors, are not entitled to and have no legal interest in any share of CARES Act Title V funds appropriated by Congress for federally recognized Tribal governments.

Plaintiffs have also conferred with counsel for the ANC Intervenors regarding measures to ensure that intervention does not engender delay, inefficiency, or undue burdens on the Court or existing parties. The Plaintiff Tribes and ANC Intervenors have agreed as follows:

CONFEDERATED TRIBES PLAINTIFFS' AND
CHEYENNE RIVER SIOUX PLAINTIFFS' JOINT
NOTICE REGARDING MOTIONS TO INTERVENE
– Page 2

Kanji & Katzen, P.L.L.C.
811 1st Ave., Suite 630
Seattle, WA 98104
206-344-8100

Pursuant to the Court's Minute Orders dated May 7, 2020, and May 9, 2020, Plaintiffs in case number 1:20-cv-01002-APM, the Confederated Tribes of the Chehalis Reservation, Tulalip Tribes, Houlton Band of Maliseet Indians, Akiak Native Community, Asa'carsarmiut Tribe, Aleut Community of St. Paul Island, Navajo Nation, Quinault Indian Nation, Pueblo of Picuris, Elk Valley Rancheria, California, and San Carlos Apache Tribe, and Plaintiffs in case number 1:20-cv-01059-APM, Cheyenne River Sioux, Rosebud Sioux Tribe, Oglala Sioux Tribe, Nondalton Tribal Council, Arctic Village Council, and Native Village of Venetie Tribal Government (collectively, "Plaintiff Tribes" or "Plaintiffs"), submit this joint notice regarding the motions to intervene filed by Ahtna, Inc., Doc. 43; Alaska Native Village Corporation Association, Inc. and Association of ANCSA Regional Corporation Presidents/CEOs, Inc. ("the Associations"), Doc. 45; and Calista Corporation, et al., Doc. 46 (the "Calista Intervenors") (collectively, "ANC Intervenors").

The Plaintiff Tribes appreciate the opportunity provided by the Court to address the motions to intervene in an expedited manner so as to avoid any unnecessary delay in reaching a final decision on the merits in this action. Time is of the utmost importance to the Tribes, their citizens, and their communities, and in the interest of expediency, Plaintiffs do not oppose permissive intervention. This non-opposition, however, should not be construed as agreement by the Plaintiffs to any of the factual assertions or legal arguments in the ANC Intervenors' motions. It is the Tribes' firm position that ANCs, including the ANC Intervenors, are not entitled to and have no legal interest in any share of CARES Act Title V funds appropriated by Congress for federally recognized Tribal governments.

Plaintiffs have also conferred with counsel for the ANC Intervenors regarding measures to ensure that intervention does not engender delay, inefficiency, or undue burdens on the Court or existing parties. The Plaintiff Tribes and ANC Intervenors have agreed as follows:

CONFEDERATED TRIBES PLAINTIFFS' AND  
CHEYENNE RIVER SIOUX PLAINTIFFS' JOINT  
NOTICE REGARDING MOTIONS TO INTERVENE  
– Page 2

Kanji & Katzen, P.L.L.C.  
811 1st Ave., Suite 630  
Seattle, WA 98104  
206-344-8100

- Plaintiffs agree not to oppose the ANC Intervenors' motions for intervention.

- The ANC Intervenors agree not to raise any counterclaims or cross-claims in this action.

- Absent the Secretary of the U.S. Treasury's appeal of the Court's preliminary injunction order, the ANC Intervenors agree not to appeal that order if the Court proceeds on an expedited case schedule, which strives for final decision on the merits by the end of June 2020. Plaintiffs agree not to argue that the fact of this agreement and the ANC Intervenors' non-appeal of the preliminary injunction order evidences the lack of any irreparable injury alleged by the ANC Intervenors.

- Ahtna, Inc. and the Calista Intervenors agree to jointly file a single set of briefs on cross-motions for summary judgment. The Associations will also file a single set of briefs.

- The ANC Intervenors agree to meet and confer prior to filing briefs and to avoid duplication where practicable.

- At this time, and without having reviewed the forthcoming administrative record, and reserving all rights following such review, Plaintiffs and the ANC Intervenors do not anticipate that there are any disputed issues of material fact that would preclude summary judgment in this action. This is not, and should not be construed as, an agreement by Plaintiffs and the ANC Intervenors not to dispute factual representations made in their respective briefs and declarations, or as a waiver of the right to dispute such representations.

- Plaintiffs and the ANC Intervenors[1] propose the following expedited case schedule:

---

[1] In agreeing to this proposed schedule, the ANC Intervenors note the tentative briefing schedule for the motions to intervene set by the Court at the May 7, 2020 scheduling conference, i.e., that any response in opposition to the motions to intervene would be filed by May 13, 2020, and that any reply would be filed by May 18, 2020.

CONFEDERATED TRIBES PLAINTIFFS' AND
CHEYENNE RIVER SIOUX PLAINTIFFS' JOINT
NOTICE REGARDING MOTIONS TO INTERVENE
– Page 3

Kanji & Katzen, P.L.L.C.
811 1st Ave., Suite 630
Seattle, WA 98104
206-344-8100

- Secretary's production of administrative record: May 22, 2020
- All parties' cross-motions for summary judgment: May 29, 2020
- Combined responses/replies on cross-motions: June 9, 2020
- Oral argument on cross-motions: June 12, 2020

Plaintiffs provided notice of this agreement and proposed case schedule to counsel for the Secretary prior to filing. Given the shortness of time, Plaintiffs are unable to make any representation regarding the Secretary's position, who intends to file a response to this notice.

Respectfully submitted this 12th day of May, 2020.

KANJI & KATZEN, P.L.L.C.

/s/ Riyaz A. Kanji
Riyaz A. Kanji, D.C. Bar # 455165
303 Detroit Street, Suite 400
Ann Arbor, MI 48104
Telephone: 734-769-5400
Email: rkanji@kanjikatzen.com

/s/ Cory J. Albright
Cory J. Albright, D.C. Bar # WA0013
WSBA # 31493
811 1st Avenue, Suite 630
Seattle, WA 98104
Telephone: 206-344-8100
Email: calbright@kanjikatzen.com

*Co-Counsel for the Confederated Tribes of the Chehalis Reservation and the Tulalip Tribes*

*Counsel for the Houlton Band of Maliseet Indians, Akiak Native Community, Asa'carsarmiut Tribe and Aleut Community of St. Paul Island*

CONFEDERATED TRIBES PLAINTIFFS' AND
CHEYENNE RIVER SIOUX PLAINTIFFS' JOINT
NOTICE REGARDING MOTIONS TO INTERVENE
– Page 4

Kanji & Katzen, P.L.L.C.
811 1st Ave., Suite 630
Seattle, WA 98104
206-344-8100

CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION

/s/ Harold Chesnin
Harold Chesnin, WSBA # 398
Lead Counsel for the Tribe
420 Howanut Road
Oakville, WA 98568
Telephone: 360-529-7465
Email: hchesnin@chehalistribe.org

TULALIP TRIBES

/s/ Lisa Koop Gunn
Lisa Koop Gunn, WSBA # 37115
Tulalip Tribes, Office of the Reservation Attorney
6406 Marine Drive
Tulalip, WA 98271
Telephone: 360-716-4550
Email: lkoop@tulaliptribes-nsn.gov

THE NAVAJO NATION

/s/ Paul Spruhan
Doreen McPaul, AZ Bar No. 021136
Attorney General
Paul Spruhan, D.C. Bar No. AZ0017
Assistant Attorney General
P.O. Box 2010
Window Rock, AZ 86515
Telephone: (928) 871-6345
Email: dmcpaul@nndoj.org
Email: pspruhan@nndoj.org

ROTHSTEIN DONATELLI LLP

/s/ Eric Dahlstrom
Eric Dahlstrom, AZ Bar No. 004680
April E. Olson, AZ Bar No. 025281
1501 West Fountainhead, Suite 360
Tempe, AZ 85282
Telephone: (480) 921-9296

CONFEDERATED TRIBES PLAINTIFFS' AND CHEYENNE RIVER SIOUX PLAINTIFFS' JOINT NOTICE REGARDING MOTIONS TO INTERVENE – Page 5

Kanji & Katzen, P.L.L.C.
811 1st Ave., Suite 630
Seattle, WA 98104
206-344-8100

Email: edahlstrom@rothsteinlaw.com
Email: aeolson@rothsteinlaw.com

Richard W. Hughes, NM Bar No. 1230
Donna M. Connolly, NM Bar No. 9202
Reed C. Bienvenu, NM Bar No. 147363
1215 Paseo de Peralta
Santa Fe, NM 87505
Telephone:  (505) 988-8004
Email:  rwhughes@rothsteinlaw.com
Email:  dconnolly@rothsteinlaw.com
Email:  rbienvenu@rothsteinlaw.com

*Counsel for Pueblo of Picuris*

*Co-Counsel for the Navajo Nation*


QUINAULT INDIAN NATION

/s/ Derril B. Jordan
Derril B. Jordan, D.C. Bar #470591
Quinault Office of the Attorney General
136 Cuitan Street
Taholah, WA  98587
Telephone:  360.276-8215, Ext. 1406
Email:  derril.jordan@quinault.org


ELK VALLEY RANCHERIA, CALIFORNIA

/s/ Bradley G. Bledsoe Downes
Bradley G. Bledsoe Downes, CA Bar No. 176291
General Counsel
2332 Howland Hill Road
Crescent City, CA 95531
Telephone: 707.465.2610
Email: bdownes@elk-valley.com


SAN CARLOS APACHE TRIBE

/s/ Alexander B. Ritchie
Alexander B. Ritchie, AZ Bar # 019579

CONFEDERATED TRIBES PLAINTIFFS' AND
CHEYENNE RIVER SIOUX PLAINTIFFS' JOINT
NOTICE REGARDING MOTIONS TO INTERVENE
– Page 6

Kanji & Katzen, P.L.L.C.
811 1st Ave., Suite 630
Seattle, WA 98104
206-344-8100

Attorney General
San Carlos Apache Tribe
Post Office Box 40
16 San Carlos Avenue
San Carlos, AZ 85550
Telephone: (928) 475-3344
Email: alex.ritchie@scat-nsn.gov


CHEYENNE RIVER SIOUX TRIBE

/s/ Nicole E. Ducheneaux
Nicole E. Ducheneaux (D.D.C. Bar No. NE001)
Big Fire Law & Policy Group LLP
1404 Fort Crook Road South
Bellevue, NE 68005
Telephone: (531) 466-8725
Facsimile: (531) 466-8792
Email: nducheneaux@bigfirelaw.com


ROSEBUD SIOUX TRIBE, ARCTIC VILLAGE, NATIVE VILLAGE OF VENETIE, and NONDALTON TRIBES

/s/ Natalie A. Landreth
/s/ Wesley James Furlong
Natalie A. Landreth (D.D.C. Bar No. AK0001)
Erin C. Dougherty Lynch, *pro hac vice*
Matthew N. Newman, *pro hac vice*
Wesley James Furlong (D.D.C. Bar No. AK0003)
Megan R. Condon, *pro hac vice*
NATIVE AMERICAN RIGHTS FUND
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Telephone: (907) 276-0680
Facsimile: (907) 276-2466
Email: landreth@narf.org
dougherty@narf.org
mnewman@narf.org
wfurlong@narf.org
mcondon@narf.org

CONFEDERATED TRIBES PLAINTIFFS' AND CHEYENNE RIVER SIOUX PLAINTIFFS' JOINT NOTICE REGARDING MOTIONS TO INTERVENE – Page 7

Kanji & Katzen, P.L.L.C.
811 1st Ave., Suite 630
Seattle, WA 98104
206-344-8100

OGLALA SIOUX TRIBE

/s/ Jennifer Bear Eagle
Jennifer Bear Eagle, *pro hac vice*
OGLALA SIOUX TRIBE LEGAL DEPARTMENT
P.O. Box 1204
Pine Ridge, SD 57770
Telephone:  (605) 867-2138
Facsimile: (605) 867-2140
Email: JenniferBE@ostlegal.org

CONFEDERATED TRIBES PLAINTIFFS' AND CHEYENNE RIVER SIOUX PLAINTIFFS' JOINT NOTICE REGARDING MOTIONS TO INTERVENE – Page 8

Kanji & Katzen, P.L.L.C.
811 1st Ave., Suite 630
Seattle, WA 98104
206-344-8100