**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STEVEN MNUCHIN, in his official capacity as Secretary of the Treasury,<br><br>　　　　Defendant. | Case No. 1:20-cv-1002-APM |
| CHEYENNE RIVER SIOUX TRIBE et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STEVEN MNUCHIN, in his official capacity as Secretary of the Treasury,<br><br>　　　　Defendant. | Case No. 1:20-cv-01059-APM |
| CHEYENNE RIVER SIOUX TRIBE et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STEVEN MNUCHIN, in his official capacity as Secretary of the Treasury,<br><br>　　　　Defendant. | Case No. 1:20-cv-01070-APM |

**PLAINTIFFS' REQUEST FOR SEPARATE BRIEFING**

On Wednesday, May 13, 2020, the Court ordered the Plaintiff groups to "file a single consolidated summary judgment brief" on May 29, 2020.

Counsel for the three consolidated groups of Plaintiff Tribes have conferred regarding the Court's briefing order. The Plaintiff Tribes respectfully request that, rather than filing a single 60-page brief, they be allowed to file two briefs *totaling no more than 60 pages*. Plaintiff Tribes will minimize any duplication by conferring in advance of filing and incorporating by reference where appropriate. Separate briefing would allow counsel for the Cheyenne River Sioux Plaintiffs to present their own unique perspective, developed through almost 50 years of collective practice in

1

Alaska, regarding the issues before this Court. Counsel for all Plaintiffs have conferred and consented to this request.

RESPECTFULLY SUBMITTED this 26th day of May, 2020.

*/s/ Nicole E. Ducheneaux*
Nicole E. Ducheneaux (D.C. Bar No. NE001)
BIG FIRE LAW & POLICY GROUP LLP
1404 South Fort Crook Road
Bellevue, NE 68005
Telephone: (531) 466-8725
Facsimile: (531) 466-8792
Email: nducheneaux@bigfirelaw.com

*Counsel for the Cheyenne River Sioux Tribe*

*/s/ Natalie A. Landreth*
*/s/ Erin C. Dougherty Lynch*
*/s/ Matthew N. Newman*
*/s/ Wesley James Furlong*
*/s/ Megan R. Condon*
Natalie A. Landreth (D.D.C. Bar No. AK0001)
Erin C. Dougherty Lynch (*pro hac vice*)
Matthew N. Newman (*pro hac vice*)
Wesley James Furlong (D.D.C. Bar No. AK0003)
Megan R Condon (*pro hac vice*)
NATIVE AMERICAN RIGHTS FUND
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Telephone: (907) 276-2466
Facsimile: (907) 276-2466
Email: landreth@narf.org
dougherty@narf.org
mnewman@narf.org
wfurlong@narf.org
mcondon@narf.org

*Counsel for Rosebud Sioux Tribe, Nondalton Tribal Council, Arctic Village Council, Native Village of Venetie Tribal Government*

*/s/ Jennifer Bear Eagle*
Jennifer Bear Eagle (*pro hac vice*)
OGLALA SIOUX TRIBE LEGAL
DEPARTMENT

P.O. Box 1204
Pine Ridge, SD 57770
Telephone: (605) 867-2138
Facsimile: (605) 867-2140
Email: JenniferBE@ostlegal.org

KANJI & KATZEN, P.L.L.C.

/s/ Riyaz A. Kanji
Riyaz A. Kanji, D.C. Bar # 455165
303 Detroit Street, Suite 400
Ann Arbor, MI 48104
Telephone: 734-769-5400
Email: rkanji@kanjikatzen.com

/s/ Cory J. Albright
Cory J. Albright, D.C. Bar # WA0013
811 1st Avenue, Suite 630
Seattle, WA 98104
Telephone: 206-344-8100
Email: calbright@kanjikatzen.com

*Co-Counsel for the Confederated Tribes of the Chehalis Reservation and the Tulalip Tribes*

*Counsel for the Houlton Band of Maliseet Indians, Akiak Native Community, Asa'carsarmiut Tribe and Aleut Community of St. Paul Island*

CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION

/s/ Harold Chesnin
Harold Chesnin, WSBA # 398
Lead Counsel for the Tribe
420 Howanut Road
Oakville, WA 98568
Telephone: 360-529-7465
Email: hchesnin@chehalistribe.org

TULALIP TRIBES

/s/ Lisa Koop Gunn
Lisa Koop Gunn, WSBA # 37115
Tulalip Tribes, Office of the Reservation Attorney
6406 Marine Drive

3

Tulalip, WA  98271
Telephone:  360-716-4550
Email:  lkoop@tulaliptribes-nsn.gov

THE NAVAJO NATION

/s/ Paul Spruhan
Doreen McPaul, AZ Bar No. 021136
Attorney General
Paul Spruhan, D.C. Bar No. AZ0017
Assistant Attorney General
P.O. Box 2010
Window Rock, AZ 86515
Telephone:  (928) 871-6345
Email: dmcpaul@nndoj.org
Email: pspruhan@nndoj.org

ROTHSTEIN DONATELLI LLP

/s/ Eric Dahlstrom
Eric Dahlstrom, AZ Bar No. 004680
April E. Olson, AZ Bar No. 025281
1501 West Fountainhead, Suite 360
Tempe, AZ 85282
Telephone:  (480) 921-9296
Email: edahlstrom@rothsteinlaw.com
Email: aeolson@rothsteinlaw.com

Richard W. Hughes, NM Bar No. 1230
Donna M. Connolly, NM Bar No. 9202
Reed C. Bienvenu, NM Bar No. 147363
1215 Paseo de Peralta
Santa Fe, NM 87505
Telephone:  (505) 988-8004
Email:  rwhughes@rothsteinlaw.com
Email:  dconnolly@rothsteinlaw.com
Email:  rbienvenu@rothsteinlaw.com

*Counsel for Pueblo of Picuris*
*Co-Counsel for the Navajo Nation*

QUINAULT INDIAN NATION

/s/ Derril B. Jordan
Derril B. Jordan, D.C. Bar #470591
Quinault Office of the Attorney General

136 Cuitan Street
Taholah, WA 98587
Telephone: 360.276-8215, Ext. 1406
Email: derril.jordan@quinault.org

ELK VALLEY RANCHERIA, CALIFORNIA

/s/ Bradley G. Bledsoe Downes
Bradley G. Bledsoe Downes, CA Bar No. 176291
General Counsel
2332 Howland Hill Road
Crescent City, CA 95531
Telephone: 707.465.2610
Email: bdownes@elk-valley.com

SAN CARLOS APACHE TRIBE

/s/ Alexander B. Ritchie
Alexander B. Ritchie, AZ Bar # 019579
Attorney General
San Carlos Apache Tribe
Post Office Box 40
16 San Carlos Avenue
San Carlos, AZ 85550
Telephone: (928) 475-3344
Email: alex.ritchie@scat-nsn.gov

UTE INDIAN TRIBE OF THE UINTAH AND
OURAY INDIAN RESERVATION

*s/* Jeffrey S. Rasmussen
Jeffrey S. Rasmussen, *Pro Hac Vice Admission*
Frances C. Bassett, *Pro Hac Vice Admission*
Jeremy J. Patterson, *Pro Hac Vice Admission*
NATIVE LAW GROUP
357 S. McCaslin Blvd., Suite 200
Louisville, Colorado 80027
Phone: 303-926-5292 / Fax: 303-926-5293
JRasmussen@nativelawgroup.com
FBassett@nativelawgroup.com
JPatterson@nativelawgroup.com

*s/ Rollie E. Wilson*
Rollie E. Wilson (D.C. Bar No. 1008022)
NATIVE LAW GROUP
601 Pennsylvania Ave., NW, South Bldg., Suite 900

Washington, D.C. 20004
Phone: 202-340-8232
Fax: 202-639-8238
Email: RWilson@nativelawgroup.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 26th day of May, 2020, I electronically filed the foregoing **PLAINTIFFS' REQUEST FOR SEPARATE BRIEFING** with the Clerk of the Court for the United States District Court for the District of Columbia using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

                                    */s/ Wesley James Furlong*
                                    Wesley James Furlong (D.D.C. Bar No. AK0003)
                                    NATIVE AMERICAN RIGHTS FUND