IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>STEVEN MNUCHIN, in his official capacity as the Secretary of the Treasury, <br><br>Defendant. | Case No. 1:20-cv-01002-APM |
| CHEYENNE RIVER SIOUX TRIBE *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>STEVEN MNUCHIN, in his official capacity as the Secretary of the Treasury, <br><br>Defendant. | Case No. 1:20-cv-0159-APM |
| UTE INDIAN TRIBE OF THE UINTAH AND OURAY INDIAN RESERVATION, <br><br>Plaintiff, <br><br>v. <br><br>STEVEN MNUCHIN, in his official capacity as the Secretary of the Treasury, <br><br>Defendant. | Case No. 1:20-cv-1070-APM <br><br>**CONSOLIDATED CASES** |

**JOINT MOTION FOR SUMMARY JUDGEMENT BY CHEYENNE RIVER PLAINTIFFS, NAVAJO NATION, AND UTE INDIAN TRIBE OF THE UINTAH AND OURAY INDIAN RESERVATION**

Pursuant to Federal Rule of Civil Procedure 56(a), Local Civil Rule 7(h), and this Court's May 13, 2020, Minute Order, Plaintiffs Cheyenne River Sioux Tribe, Rosebud Sioux Tribe, Oglala Sioux Tribe, Nondalton Tribal Council, Arctic Village Council, Native Village of Venetie Tribal Government, Navajo Nation, and Ute Indian Tribe respectfully move the Court to grant summary judgment in their favor against Defendant Steven Mnuchin. In accordance with

Local Civil Rule 7(h)(2), a statement of undisputed facts is not required. This Motion is supported by the attached Memorandum in Support of Motion for Summary Judgment. Pursuant to Local Civil Rule 7(c), a proposed order is also attached to this Motion.

RESPECTFULLY SUBMITTED this 29th day of May, 2020.

*/s/ Nicole E. Ducheneaux*
Nicole E. Ducheneaux (D.C. Bar No. NE001)
BIG FIRE LAW & POLICY GROUP LLP
1404 South Fort Crook Road
Bellevue, NE 68005
Telephone: (531) 466-8725
Facsimile: (531) 466-8792
Email: nducheneaux@bigfirelaw.com

*Counsel for Plaintiff Cheyenne River Sioux Tribe*

*/s/ Natalie A. Landreth*
*/s/ Erin C. Dougherty Lynch*
*/s/ Matthew N. Newman*
*/s/ Wesley James Furlong*
*/s/ Megan R. Condon*
Natalie A. Landreth (D.D.C. Bar No. AK0001)
Erin C. Dougherty Lynch (*pro hac vice*)
Matthew N. Newman (*pro hac vice*)
Wesley James Furlong (D.D.C. Bar No. AK0003)
Megan R Condon (*pro hac vice*)
NATIVE AMERICAN RIGHTS FUND
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Telephone: (907) 276-2466
Facsimile: (907) 276-2466
Email: landreth@narf.org
dougherty@narf.org
mnewman@narf.org
wfurlong@narf.org
mcondon@narf.org

*Counsel for Plaintiffs Rosebud Sioux Tribe,*
*Nondalton Tribal Council, Arctic Village Council,*
*Native Village of Venetie Tribal Government*

*/s/ Jennifer Bear Eagle*
Jennifer Bear Eagle (*pro hac vice*)
OGLALA SIOUX TRIBE LEGAL DEPARTMENT
P.O. Box 1204
Pine Ridge, S.D. 57770
Telephone: (605) 867-2138
Facsimile: (605) 867-2140
Email: jenniferbe@ostlegal.org

*Counsel for Plaintiff Oglala Sioux Tribe*

s/ Jeffrey S. Rasmussen
Jeffrey S. Rasmussen, Pro Hac ice Admission
Frances C. Bassett, Pro Hac Vice Admission
Jeremy J. Patterson, Pro Hac Vice Admission
NATIVE LAW GROUP
357 S. McCaslin Blvd., Suite 200
Louisville, Colorado 80027
Phone: 303-926-5292 / Fax: 303-926-5293
JRasmussen@nativelawgroup.com
FBassett@nativelawgroup.com
JPatterson@nativelawgroup.com


s/ Rollie E. Wilson
Rollie E. Wilson (D.C. Bar No. 1008022)
NATIVE LAW GROUP
601 Pennsylvania Ave., NW, South Bldg., Suite 900
Washington, D.C. 20004
Phone: 202-340-8232
Fax: 202-639-8238
Email: RWilson@nativelawgroup.com

*Counsel for Plaintiff Ute Indian Tribe of the Uintah and Ouray Indian Reservation*

*/s/ Paul Spruhan*
*Paul Spruhan, D.C. Bar No. AZ0017*
*Assistant Attorney General*
*Navajo Department of Justice*
*P.O. Box 2010*
*Window Rock, AZ 86515*
*(928) 871-6345*
*Email: pspruhan@nndoj.org*

*Counsel for Plaintiff Navajo Nation*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of May, 2020, I electronically filed the foregoing **CHEYENNE RIVER PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

      */s/ Nicole E. Ducheneaux*
Nicole E. Ducheneaux (D.C. Bar No. NE001)
BIG FIRE LAW & POLICY GROUP LLP
1404 South Fort Crook Road
Bellevue, NE 68005
Telephone: (531) 466-8725
Facsimile: (531) 466-8792
Email: nducheneaux@bigfirelaw.com