UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN MNUCHIN, in his official capacity as Secretary of the Treasury, <br><br> Defendant. | Case No. 20-cv-01002 (APM) |
| CHEYENNE RIVER SIOUX TRIBE, et al. <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN MNUCHIN, in his official capacity as Secretary of the Treasury, <br><br> Defendant. | Case No. 20-cv-01059 (APM) |
| UTE TRIBE OF THE UINTAH AND OURAY RESERVATION, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN MNUCHIN, in his official capacity as Secretary of the Treasury, <br><br> Defendant. | Case No. 20-cv-01070 (APM) |

**ORDER**

For the reasons set forth in the court's Memorandum Opinion, ECF No. 97, the court grants the Secretary's and Defendant-Intervenors' Motions for Summary Judgment, ECF Nos. 78 and 79,

and denies Plaintiffs' Motions for Summary Judgment, ECF Nos. 76 and 77, and enters judgment in favor of Defendants in each of the consolidated cases. The preliminary injunction entered on April 27, 2020, ECF No. 37, is hereby dissolved.

    This is a final, appealable order.

Dated: June 26, 2020

                                                Amit P. Mehta
                                                United States District Court Judge