## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION, Et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN MNUCHIN, In his official capacity as Secretary of the Treasury,<br><br>Defendant. | UTE INDIAN TRIBE'S JOINDER IN "MOTION FOR LEAVE TO FILE INJUNCTION PENDING APPEAL"<br><br><br>Civil Case No.: 1:20-cv-1002-APM |
| CHEYENNE RIVER SIOUX TRIBE, Et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN MNUCHIN, Secretary, U.S. Treasury Department,<br><br>Defendant. | Consolidated Civil Case No.<br><br>1:20-cv-01059-APM |
| UTE INDIAN TRIBE OF THE UINTAH AND OURAY RESERVATION,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN MNUCHIN, Secretary, U.S. Treasury Department,<br><br>Defendant. | Consolidated Civil Case No.<br><br>1:20-cv-01070-APM |

The Ute Indian Tribe files this notice that it joins in the "Motion for Leave to File Injunction Pending Appeal," by the Chehalis Plaintiffs, Dkt. 99. The Ute Tribe seeks the same relief, based upon the same arguments, and incorporates those arguments herein by reference.

Consistent with this Court's June 29, 2020 order, the Ute Tribe has conferred with the other parties to this case, and made them aware of the Tribe's intent to join that motion and adopt those arguments.

Respectfully submitted, July 1, 2020

**PATTERSON EARNHART
REAL BIRD & WILSON LLP**

*/ Jeffrey S. Rasmussen /*
Frances C. Bassett, *Pro Hac Vice Admission*
Jeremy J. Patterson, *Pro Hac Vice Admission*
Jeffrey S. Rasmussen, *Pro Hac Vice Admission*
357 S. McCaslin Blvd., Suite 200
Louisville, Colorado 80027
Telephone: (303) 926-5292
Facsimile: (303) 926-5293
Email: fbassett@nativelawgroup.com
Email: jpatterson@nativelawgroup.com
Email: jrasmussen@nativelawgroup.com

And

Rollie E. Wilson (D.C. Bar No. 1008022)
601 Pennsylvania Avenue, NW
South Building, Suite 900
Washington, D.C. 20004
Telephone: (202) 434-8903
Facsimile: (202) 639-8238
Email: rwilson@nativelawgroup.com

*Counsel for Plaintiff Ute Indian Tribe of the Uintah and Ouray Reservation*