# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STEVEN MNUCHIN, in his official capacity as Secretary of the Treasury,<br><br>　　　　Defendant. | Case No. 1:20-cv-1002-APM |
| CHEYENNE RIVER SIOUX TRIBE et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STEVEN MNUCHIN, in his official capacity as Secretary of the Treasury,<br><br>　　　　Defendant. | Case No. 1:20-cv-01059-APM |
| UTE TRIBE OF THE UINTAH AND OURAY RESERVATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN MNUCHIN, in his official capacity as Secretary of the Treasury,<br><br>　　　　Defendant. | Case No. 1:20-cv-01070-APM |

## **RESPONSE TO COURT ORDER**

Pursuant to the Court's June 29, 2020, Minute Order, the Parties have met and conferred regarding a schedule for briefing Plaintiffs' Motion for Injunction Pending Appeal (ECF No. 99).[1] The Parties propose that Defendants file any oppositions to the motion by today, and that Plaintiffs file any reply brief by Friday, July 3, 2020. The Parties agree that the Court need not set a hearing for this motion.

---

[1] As of this filing, the Parties have not yet received final confirmation from the *Cheyenne River Sioux* Plaintiffs, although they have been included in all e-mails among the Parties. Given the Court's deadline, Defendant is filing this notice ahead of that final confirmation.

Consistent with the Court's order, Defendant will provide at least one business day's notice before disbursing any CARES Act funds designated for Alaska regional or village corporations.

Dated: July 1, 2020                      Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ERIC WOMACK
Assistant Branch Director

*/s/ Jason C. Lynch*
Jason C. Lynch (D.C. Bar No. 1016319)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 11214
Washington, DC 20005
Tel: (202) 514-1359
Email: Jason.Lynch@usdoj.gov

*Attorneys for Defendants*