# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>STEVEN MNUCHIN, SECRETARY, UNITED STATES DEPARTMENT OF THE TREASURY,<br><br>    Defendant. | Civil Action No: 1:20-cv-01002-APM |

## **DECLARATION OF KEN JOHNS**

I, KEN JOHNS, declare the following on the basis of personal knowledge to which I am competent to testify.

1. I am the Chairman of the Board of Directors for Ahtna, Incorporated ("Ahtna").

2. This litigation has greatly harmed the Ahtna people by delaying the release of the vital CARES Act funds.

3. Ahtna was originally expecting these funds in late April or early May. Since that time Ahtna has been working directly with its villages and tribal non-profit organizations to identify ways to use these funds to provide relief to the Ahtna people.

4. The greatest impact to our villages continues to be the lack of food and supplies available in our small grocery stores. Ahtna has begun planning a large storage facility to stock essential items for our villages, including PPE; cleaning supplies; toilet paper and paper towels; food staples such as, flour, yeast, and meat; and other necessities.

5. Another pressing issue is the lack of housing and sanitation for quarantine. Ahtna has identified work projects that it intends to help fund to provide emergency housing and sanitation in the villages. These include providing repairs and connecting plumbing and water to

single family homes to provide a safe and sanitary place to quarantine; and converting a multi-use facility into a shelter that will contain a washateria, and showers, with temporary beds for emergency medical treatment.

6. Ahtna is waiting for these CARES Act funds before it can start these projects. It is crucial that the funds get released immediately so that these projects can get finished before the construction season ends in the fall.

7. We are also very concerned about a second-wave infection this fall and winter during the flu season. This is another reason why it is important to get these projects started as soon as possible. Without immediate access to these funds, our villages could face a very difficult winter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 30, 2020.

_____
KEN JOHNS, Chairman of the Board