Christine V. Williams
J. Harrison Powell, II
Outlook Law LLC
1016 West 6th Avenue, Suite 306
Anchorage, Alaska 99501
(907) 258-2200
christinewilliams@outlooklaw.com
harrisonpowell@outlooklaw.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> STEVEN MNUCHIN, SECRETARY, UNITED STATES DEPARTMENT OF THE TREASURY, <br><br> DEFENDANT. | Case No. 1:20-cv-1002 (APM) <br> Consolidated |

## ERRATA

J. Harrison Powell, II of Outlook Law, LLC, former co-counsel for Alaska Native Village Corporation Association ("ANVCA") and ANCSA Regional Association ("ARA"), hereby gives notice of filing herewith the original signed consent by ANVCA to replace the electronic signature page previously filed with the Notice of Withdrawal of Attorney Upon Consent filed July 7, 2020, ECF No. 109.

DATED this 8th day of July 2020.

/s/ Christine V. Williams
Alaska Bar No. 0204007

/s/ J. Harrison Powell, II
Virginia Bar No. 86308

OUTLOOK LAW, LLC
1016 West 6th Avenue, Suite 306
Anchorage, Alaska 99501
(907) 258-2200
christinewilliams@outlooklaw.com
harrisonpowell@outlooklaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 8th day of July, 2020, a true and correct copy of the **Errata** was filed with CM/ECF, which will send notification to the parties on record.

By:  /s/ J. Harrison Powell
     OUTLOOK LAW, LLC

Errata - 2
*Confederated Tribes, et al. v. Mnuchin, Secretary, U.S. Dept. of Treasury*
Case No. 1:20-cv-1002 (APM) Consolidated