## CONSENT BY ANVCA

On behalf Alaska Native Village Corporation Association, I, Hallie Bissett, hereby consent to the withdrawal of Mr. Powell as counsel for ANVCA in the above-captioned case.

DATED: 07-08-2020     _____
Hallie Bissett, Executive Director
Alaska Native Village Corporation Association

Notice of Withdrawal of Attorney Upon Consent - 3
*Confederated Tribes, et al. v. Mnuchin, Secretary, U.S. Dept. of Treasury*
Case No. 1:20-cv-1002 (APM) Consolidated