UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN MNUCHIN, in his official capacity, <br><br> Defendant. | Case No. 1:20-cv-1002-APM |
| CHEYENNE RIVER SIOUX TRIBE *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN MNUCHIN, in his official capacity, <br><br> Defendant. | Case No. 1:20-cv-01059-APM |
| UTE INDIAN TRIBE OF THE UINTAH AND OURAY INDIAN RESERVATION, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN MNUCHIN, in his official capacity, <br><br> Defendant. | Case No. 1:20-cv-01070-APM <br><br> **CONSOLIDATED CASES** |

**CHEYENNE RIVER SIOUX PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs in Case No. 1:20-cv-01059-APM—Cheyenne River Sioux Tribe, Rosebud Sioux Tribe, Nondalton Tribal Council, Arctic Village Council, and Native Village of Venetie (collectively "Cheyenne River Sioux Plaintiffs")—appeal to the United States Court of Appeals for the District of Columbia Circuit from the order and final judgment entered in this action on June 26, 2020, ECF No. 98, and all other orders and rulings entered in this case.

RESPECTFULLY SUBMITTED this 14th day of July, 2020.

1

/s/ Nicole E. Ducheneaux
/s/ Rose Weckenmann
Nicole E. Ducheneaux (D.C. Bar No. NE001)
Rose Weckenmann (pro hac vice)
BIG FIRE LAW & POLICY GROUP LLP
1404 South Fort Crook Road
Bellevue, NE 68005
Telephone: (531) 466-8725
Facsimile: (531) 466-8792
Email: nducheneaux@bigfirelaw.com

*Counsel for Plaintiff Cheyenne River Sioux Tribe*

/s/ Natalie A. Landreth
/s/ Erin C. Dougherty Lynch
/s/ Matthew N. Newman
/s/ Wesley James Furlong
/s/ Megan R. Condon
Natalie A. Landreth (D.D.C. Bar No. AK0001) Erin C. Dougherty Lynch (*pro hac vice*) Matthew N. Newman (*pro hac vice*) Wesley James Furlong (D.D.C. Bar No. AK0003) Megan R Condon (*pro hac vice*)
NATIVE AMERICAN RIGHTS FUND
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Telephone: (907) 276-2466
Facsimile: (907) 276-2466
Email:
landreth@narf.org
dougherty@narf.org
mnewman@narf.org
wfurlong@narf.org
mcondon@narf.org

*Counsel for Plaintiffs Rosebud Sioux Tribe, Nondalton Tribal Council, Arctic Village Council, Native Village of Venetie Tribal Government.*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of July, 2020, I electronically filed the foregoing **CHEYENNE RIVER PLAINTIFFS' NOTICE OF APPEAL** with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                       */s/ Nicole E. Ducheneaux*
                                       Nicole E. Ducheneaux (D.C. Bar No. NE001) BIG FIRE LAW & POLICY GROUP LLP
                                       1404 South Fort Crook Road Bellevue, NE 68005
                                       Telephone: (531) 466-8725
                                       Facsimile: (531) 466-8792
                                       Email: nducheneaux@bigfirelaw.com