UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION, et al.<br><br>    Plaintiffs,<br>  v.<br><br>STEVEN MNUCHIN, SECRETARY, UNITED STATES DEPARTMENT OF THE TREASURY<br><br>    Defendant. | Case No.: 1:20-cv-01002-APM |
| CHEYENNE RIVER SIOUX TRIBE, et al.<br><br>    Plaintiffs,<br>  v.<br><br>STEVEN MNUCHIN, SECRETARY, UNITED STATES DEPARTMENT OF THE TREASURY<br><br>    Defendant. | Case No. 1:20-cv-01059-APM |
| UTE TRIBE OF THE UINTAH AND OURAY RESERVATION<br><br>    Plaintiff,<br>  v.<br><br>STEVEN MNUCHIN, SECRETARY, UNITED STATES DEPARTMENT OF THE TREASURY<br><br>    Defendant. | Case No. 1:20-cv-01070-APM |

**CONFEDERATED TRIBES PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION**

At 2:30 pm ET today, September 14, 2020, the Confederated Tribes Plaintiffs filed a motion, ECF No. 118, to extend the injunction pending appeal entered by this Court on July 7, 2020, which stayed the Court's Order of June 26, 2020, ECF No. 98, "until the earlier of September 15, 2020, or resolution of this matter by a three-judge panel of the D.C. Circuit[.]" ECF No. 107 at 6.  Two hours later, at 4:24 pm ET, the United States Court of Appeals for the D.C. Circuit issued an order, on the Court's own motion, enjoining the Secretary of the Treasury "from disbursing or otherwise paying Title V funds to any Alaska Native regional or village corporations pending resolution of these consolidated appeals."  Doc. #1861346.  The D.C. Circuit's order moots the Confederated Tribes' motion from earlier today, ECF No. 118, and the Confederated Tribes accordingly withdraw the motion.

Dated this 14th day of September, 2020.

KANJI & KATZEN, P.L.L.C.

/s/ Riyaz A. Kanji
Riyaz A. Kanji, D.C. Bar # 455165
303 Detroit Street, Suite 400
Ann Arbor, MI 48104
Telephone:  734-769-5400
Email:  rkanji@kanjikatzen.com

/s/ Cory J. Albright
Cory J. Albright, D.C. Bar # WA0013
811 1st Avenue, Suite 630
Seattle, WA  98104
Telephone:  206-344-8100
Email:  calbright@kanjikatzen.com

*Co-Counsel for the Confederated Tribes of the Chehalis Reservation and the Tulalip Tribes*

*Counsel for the Houlton Band of Maliseet Indians, Akiak Native Community, Asa'carsarmiut Tribe and Aleut Community of St. Paul Island*

CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION

<u>/s/ Harold Chesnin</u>
Harold Chesnin, WSBA # 398
Lead Counsel for the Tribe
420 Howanut Road
Oakville, WA  98568
Telephone:  360-529-7465
Email:  hchesnin@chehalistribe.org


TULALIP TRIBES

<u>/s/ Lisa Koop Gunn</u>
Lisa Koop Gunn, WSBA # 37115
Tulalip Tribes, Office of the Reservation Attorney
6406 Marine Drive
Tulalip, WA  98271
Telephone:  360-716-4550
Email:  lkoop@tulaliptribes-nsn.gov


THE NAVAJO NATION

<u>/s/ Paul Spruhan</u>
Doreen McPaul, AZ Bar No. 021136
Attorney General
Paul Spruhan, D.C. Bar No. AZ0017
Assistant Attorney General
P.O. Box 2010
Window Rock, AZ 86515
Telephone:  (928) 871-6345
Email: dmcpaul@nndoj.org
Email: pspruhan@nndoj.org


ROTHSTEIN DONATELLI LLP

<u>/s/ Eric Dahlstrom</u>
Eric Dahlstrom, AZ Bar No. 004680
April E. Olson, AZ Bar No. 025281
1501 West Fountainhead, Suite 360
Tempe, AZ 85282

NOTICE OF WITHDRAWAL OF MOTION – Page 3

Kanji & Katzen, P.L.L.C.
811 1st Ave., Suite 630
Seattle, WA 98104
206-344-8100

Telephone:  (480) 921-9296
Email: edahlstrom@rothsteinlaw.com
Email: aeolson@rothsteinlaw.com

Richard W. Hughes, NM Bar No. 1230
Donna M. Connolly, NM Bar No. 9202
Reed C. Bienvenu, NM Bar No. 147363
1215 Paseo de Peralta
Santa Fe, NM 87505
Telephone:  (505) 988-8004
Email:  rwhughes@rothsteinlaw.com
Email:  dconnolly@rothsteinlaw.com
Email:  rbienvenu@rothsteinlaw.com

*Counsel for Pueblo of Picuris*
*Co-Counsel for the Navajo Nation*


QUINAULT INDIAN NATION

/s/ Lori Bruner
Lori Bruner, WSBA # 26652
Quinault Office of the Attorney General
136 Cuitan Street
Taholah, WA  98587
Telephone:  360.276-8215, Ext. 1406
Email:  LBruner@quinault.org


ELK VALLEY RANCHERIA, CALIFORNIA

/s/ Bradley G. Bledsoe Downes
Bradley G. Bledsoe Downes, CA Bar No. 176291
General Counsel
2332 Howland Hill Road
Crescent City, CA 95531
Telephone: 707.465.2610
Email: bdownes@elk-valley.com


SAN CARLOS APACHE TRIBE

/s/ Alexander B. Ritchie
Alexander B. Ritchie, AZ Bar # 019579

1
2
3
4
5

Attorney General
San Carlos Apache Tribe
Post Office Box 40
16 San Carlos Avenue
San Carlos, AZ 85550
Telephone: (928) 475-3344
Email: alex.ritchie@scat-nsn.gov

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

NOTICE OF WITHDRAWAL OF MOTION
– Page 5

Kanji & Katzen, P.L.L.C.
811 1st Ave., Suite 630
Seattle, WA 98104
206-344-8100